Nick Pacheco, Esq. (SBN 173391)
**NICK PACHECO LAW GROUP, APC**
15501 San Fernando Mission Blvd., Suite 110
Mission Hills, CA 91345
Telephone: (888)-888-8641
Facsimile: (800)-210-0028

Attorney for Plaintiff
**RUIZ MARTIN**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| RUIZ MARTIN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITIMORTGAGE, Inc., a New York Corporation; NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation and DOES 1 through 20, Inclusive, <br><br> Defendants. | Case No.: EDCV 13-00762 JFW (SPx) <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(I)** <br><br> JUDGE: Honorable John F. Walter <br><br> Trial Date: None Set |

**PLEASE TAKE NOTICE** that Plaintiff **RUIZ MARTIN** ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to all Defendants.

1
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)**

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
**(a) Voluntary Dismissal.**

    **(1)** *By the Plaintiff.*

        **(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

All attorneys' fees and costs of court are to be borne by the party that incurred them.

Dated: May 29, 2013                                          Respectfully submitted,


                                                            _____/s/Nick Pacheco_____
                                                            Nick Pacheco, Esq.
                                                            Attorney for Plaintiff

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)**